FRANCES M. STODDARD, Appellant, v. ROBERT L. STODDARD, Respondent.

No. 6347

March 25, 1971                                    482 P.2d 322

*Samuel B. Francovich,* of Reno, for Appellant.

*Frank R. Petersen,* of Reno, for Respondent.

**OPINION**

*Per Curiam:*

This appeal challenges the order of the district court distributing the property interests of the parties in a divorce proceeding.

We have reviewed the record, and it supports the award. It shall not be disturbed on appeal. Respondent is allowed his costs.